# EXHIBIT G

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| 1. A wagon for cargo, comprising: | The Waggle Wagon is a wagon for cargo.<br><br><br><br>(https://bombigear.com/products/wagon) |

| US 9,242,663 –<br>Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>(https://bombigear.com/cdn/shop/files/waggle_specs.jpg?v=1774223060&width=900 (cropped); *see also* https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821)<br><br>(https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | (https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg) |
| a base; | The Waggle Wagon includes a base: |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>(https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |
| at least first and second walls that extend generally upright from the base in a use position to help hold the cargo, wherein the second wall is movably mounted to the base and moves relative to the base between the upright use position and a storage position collapsed into a compact arrangement; and | The Waggle Wagon includes at least first and second walls that extend generally upright from the base in a use position to help hold the cargo, wherein the second wall is movably mounted to the base and moves relative to the base between the upright use position and a storage position collapsed into a compact arrangement: |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| |  |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
|  |  The user guide for the Waggle Wagon describes Folding and Unfolding. Step 10: folding the Waggle Wagon for storage: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat" (Bombi Waggle User Manual at 9, |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) <br><br> Step 19: unfolding the Waggle Wagon for use: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" <br><br> ⑲ Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" <br><br> "CLICK"          "CLICK" <br><br> (Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a minimized-play feature including at least one ramped surface on one of the first and second walls, an interference between the first and second walls, and a resilient deflection feature of the first wall, wherein when the second wall is moved from the collapsed storage position toward the upright use position, the first and second walls | The Waggle Wagon includes a minimized-play feature including at least one ramped surface on one of the first and second walls, an interference between the first and second walls, and a resilient deflection feature of the first wall, wherein when the second wall is moved from the collapsed storage position toward the upright use position, the first and second walls interfere with each other, the ramped surface of the first or second wall slidingly engages the other one of the first and second walls to generate a lateral displacement force, the first wall is resiliently displaced generally laterally by the lateral displacement force as permitted by the resilient deflection feature to provide clearance for the second wall to move into the upright use position, and the resilient displacement of the first wall generates a compression force on the second wall in the upright use position so that the first and second walls are held together tightly under pressure to prevent wiggling relative to each other. <br><br> The Waggle Wagon includes: "at least one ramped surface on one of the first and second walls": |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| interfere with each other, the ramped surface of the first or second wall slidingly engages the other one of the first and second walls to generate a lateral displacement force, the first wall is resiliently displaced generally laterally by the lateral displacement force as permitted by the resilient deflection feature to provide clearance for the second wall to move into the upright use position, and the resilient displacement of the first wall generates a compression force on the second wall in the upright use position so that the first and second walls are held together tightly under pressure to prevent wiggling relative to each other. | <br><br>The Waggle Wagon includes: "an interference between the first and second walls" & "the first and second walls interfere with each other": |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| |  End of second wall contacts and ride along ramped surface on first wall, creating an "interference between the first and second walls" First wall Second wall Ramped surface on first wall When the second wall of the Waggle Wagon is moved from the collapsed storage position toward the upright use position, the first and second walls interfere with each other, the ramped surface of the first or second wall slidingly engages the other one of the first and second walls to generate a lateral displacement force. The Waggle Wagon includes: "a resilient deflection feature of the first wall" & "the first wall is resiliently displaced generally laterally by the lateral displacement force as permitted by the resilient deflection feature to provide clearance for the second wall to move into the upright use position": |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
| --- | --- |
| | End of second wall contacts and ride along ramped surface on first wall, creating an "interference between the first and second walls"<br><br><br><br>Ramped surface on first wall |

| US 9,242,663 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
|  | <br><br>When the second wall of the Waggle Wagon is moved from the collapsed storage position toward the upright use position, the first and second walls interfere with each other, the ramped surface of the first or second wall slidingly engages the other one of the first and second walls to generate a lateral displacement force, the first wall is resiliently displaced generally laterally by the lateral displacement force as permitted by the resilient deflection feature to provide clearance for the second wall to move into the upright use position, and the resilient displacement of the first wall generates a compression force on the second wall in the upright use position so that the first and second walls are held together tightly under pressure to prevent wiggling relative to each other. |