# EXHIBIT H

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| 16. A collapsible consumer-use wagon for cargo, comprising: | The Waggle Wagon is a collapsible consumer-use wagon for cargo.<br><br><br><br>(https://bombigear.com/products/wagon) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/waggle_specs.jpg?v=1774223060&width=900 (cropped); *see also* https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821) (https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>(Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a base with a plurality of wheels mounted thereto; | The Waggle Wagon includes a base with a plurality of wheels mounted thereto: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>(Bombi Waggle User Manual at 4, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf (annotated)) |
| at least three peripheral walls that extend generally upright from the base in a use position to help hold the cargo, that are pivotally | The Waggle Wagon includes at least three peripheral walls that extend generally upright from the base in a use position to help hold the cargo, that are pivotally mounted to the base to pivot relative to the base between the upright use position and a folded position for storage, and that cooperate in the upright use position to form a container for holding the cargo: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| mounted to the base to pivot relative to the base between the upright use position and a folded position for storage, and that cooperate in the upright use position to form a container for holding the cargo; | <br><br>(https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |

(Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| | The user guide for the Waggle Wagon describes Folding and Unfolding. Step 10: folding the Waggle Wagon for storage: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat"<br><br>**10** Folding the Waggle<br>- Depress the Brake to lock the Back Wheels<br>- Remove accessories<br>- Squeeze the Seat Back Buttons then rotate the Seat Backs down flat<br><br><br><br>(Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>Step 19: unfolding the Waggle Wagon for use: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click"" |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
|  | ⑲ Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click"<br><br>"CLICK"    "CLICK"<br><br>(Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a latch system adapted to releasably secure a first one of the pivotal walls to adjacent second and third ones of the pivotal walls when the first, second, and third walls are in the upright use position with the first wall extending between the second and third walls, wherein the latch system includes first and second latches and an actuator operably coupled to the first and second latches, each of the first and second latches including a plunger and a | The Waggle Wagon includes a latch system adapted to releasably secure a first one of the pivotal walls to adjacent second and third ones of the pivotal walls when the first, second, and third walls are in the upright use position with the first wall extending between the second and third walls, wherein the latch system includes first and second latches and an actuator operably coupled to the first and second latches, each of the first and second latches including a plunger and a respective receiver that releasably secure to each other: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| respective receiver that releasably secure to each other, |  (https://bombigear.com/products/wagon#sirv-viewer-1351918248429)<br><br>In the Waggle Wagon, each of the first and second latches including a plunger and a respective receiver that releasably secure to each other, wherein the plungers are movable between a locked position and an unlocked position, each plunger in the locked position is secured to the respective receiver so that the first wall is secured in the upright use position, and each plunger in the unlocked position is released from the respective receiver so that the first wall is free to pivot to the collapsed storage position: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  |
| wherein the plungers are movable between a locked position and an unlocked position, each plunger in the locked position is secured to the respective receiver so that the first wall is secured in the upright use position, and each plunger in the unlocked position is released from the respective receiver so that the first wall is free to pivot to the collapsed storage | In the Waggle Wagon, the plungers are movable between a locked position and an unlocked position, each plunger in the locked position is secured to the respective receiver so that the first wall is secured in the upright use position, and each plunger in the unlocked position is released from the respective receiver so that the first wall is free to pivot to the collapsed storage position: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| position, | <br><br>The user guide for the Waggle Wagon describes that each plunger in the locked position is secured to the respective receiver so that the first wall is secured in the upright use position: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a 'click'":<br><br>(Bombi Waggle User Manual at 13, |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
|  | https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>The user guide for the Waggle Wagon describes that each plunger in the unlocked position is released from the respective receiver so that the first wall is free to pivot to the collapsed storage position: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat"<br><br>⑩ Folding the Waggle<br>- Depress the Brake to lock the Back Wheels<br>- Remove accessories<br>- Squeeze the Seat Back Buttons then rotate the Seat Backs down flat<br><br><br><br>(Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| wherein the plungers are positioned at opposite ends of the first wall, the actuator is positioned on the first wall between the plungers at the opposite ends of the first wall, and the receivers are positioned on respective | In the Waggle Wagon, the plungers are positioned at opposite ends of the first wall, the actuator is positioned on the first wall between the plungers at the opposite ends of the first wall, and the receivers are positioned on respective ones of the second and third walls adjacent the opposite ends of the first wall to engage with the respective plungers in the locked position when the first wall is in the upright use position: |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| ones of the second and third walls adjacent the opposite ends of the first wall to engage with the respective plungers in the locked position when the first wall is in the upright use position, |  |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| |  |
| wherein the plungers are spring-biased toward the locked position, and wherein operation of the actuator moves the plungers from the locked position to the unlocked position so that both the first and second latches are unlocked simultaneously by operation of the actuator to release the first wall for pivoting from the upright | In the Waggle Wagon, the plungers are spring-biased toward the locked position, and wherein operation of the actuator moves the plungers from the locked position to the unlocked position so that both the first and second latches are unlocked simultaneously by operation of the actuator to release the first wall for pivoting from the upright use position to the collapsed storage position:<br><br>The user guide for the Waggle Wagon describes: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a 'click'": |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
| use position to the collapsed storage position. | ⑲ Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" <br><br> "CLICK"          "CLICK" <br><br> (Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) <br><br> The plungers are spring-biased toward the lock position, and thus "click" into their respective receivers. <br><br> The user guide for the Waggle Wagon describes operation of the actuator to move the plungers from the locked position to the unlocked position: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat" |

| US 9,358,445 – Independent Claim 16 | Bombi's Waggle Wagon |
|---|---|
|  | **10** Folding the Waggle<br>- Depress the Brake to lock the Back Wheels<br>- Remove accessories<br>- Squeeze the Seat Back Buttons then rotate the Seat Backs down flat<br><br><br><br>(Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>Operation of the actuator moves the plungers from the locked position to the unlocked position so that both the first and second latches are unlocked simultaneously by operation of the actuator. |