# EXHIBIT I

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| 12. A wagon, comprising: | The Waggle Wagon is a wagon.<br><br><br><br>(https://bombigear.com/products/wagon) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
| --- | --- |
| | <br><br>(https://bombigear.com/cdn/shop/files/waggle_specs.jpg?v=1774223060&width=900 (cropped); *see also* https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821)<br><br>(https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>([https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg](https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg)) |
| a base frame adapted to receive a load; | The Waggle Wagon includes a base frame adapted to receive a load: |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| |  Base frame <br><br> (https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
| --- | --- |
| | **waggle** $450 ~~$475~~<br>FOLDING STROLLER WAGON<br>4 interest-free installments, or from $40.62/mo with **shop** Pay  View sample plans<br>★★★★★ 9 Reviews<br><br>Built for the long haul, our patent-pending Waggle combines the compact convenience of a travel stroller with the rugged durability of an adventure wagon - making it one of the smallest folding wagons on the market. Designed to be pushed, pulled, rolled, and folded, it carries up to 110 lbs, features a 3-point safety harness, and an innovative toddler walkthrough so your little one can hop in and out (because, yes—they have legs—and yes—you're tired). The wagon of your dreams is finally here.<br><br>See Less<br><br>(https://bombigear.com/products/wagon) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | (Bombi Waggle User Manual at 4, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>• **Age & Weight limits: Up to two children from 6 months to 55 lbs (25 kgs) each (110 lbs 50 kgs total)**<br>(Bombi Waggle User Manual at 3, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a plurality of peripheral sidewalls, each pivotally mounted to the base frame; | The Waggle Wagon includes a plurality of peripheral sidewalls, each pivotally mounted to the base frame: |

| US 10,507,857 –<br>Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | <br>(https://bombigear.com/products/wagon#sirv-viewer-1351918248429)<br><br>The peripheral sidewalls of the Waggle Wagon are pivotally mounted to the base frame: |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| |  Peripheral sidewall<br><br>Peripheral sidewall<br><br>Peripheral sidewall<br><br>Peripheral sidewalls are pivotally mounted to the base frame (shown in a folded position for storage)<br><br>(Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | The user guide for the Waggle Wagon describes Folding and Unfolding.<br>Step 10: folding the Waggle Wagon for storage: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat"<br><br>**10** Folding the Waggle<br>- Depress the Brake to lock the Back Wheels<br>- Remove accessories<br>- Squeeze the Seat Back Buttons then rotate the Seat Backs down flat<br><br><br><br>(Bombi Waggle User Manual at 9,<br>https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>Step 19: unfolding the Waggle Wagon for use: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | **19** Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click"<br><br>"CLICK"    "CLICK"<br><br><br><br>(Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a plurality of wheels attached to the base frame; | The Waggle Wagon includes a plurality of wheels attached to the base frame:<br><br>Base frame<br>Wheels    Wheels<br><br>(https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>(Bombi Waggle User Manual at 4, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf (annotated)) |
| a collapsible footwell feature including a footrest and a plurality of upright elements, wherein the plurality of upright elements connect the footrest to the base frame, | The Waggle Wagon includes a collapsible footwell feature including a footrest and a plurality of upright elements, wherein the plurality of upright elements connect the footrest to the base frame, and wherein the collapsible footwell feature is repositionable into a plurality of orientations: |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| and wherein the collapsible footwell feature is repositionable into a plurality of orientations. | <br><br>Upright elements<br>Footrest<br>Collapsible footwell feature<br><br>Collapsible footwell feature<br>Footrest<br>Upright elements<br><br><br><br>Collapsible footwell feature in a second orientation<br>Collapsible footwell feature in a first orientation<br><br>(https://bombigear.com/cdn/shop/files/Customize_base.jpg; https://bombigear.com/cdn/shop/files/Wagon_folded.jpg) |

| US 10,507,857 – Independent Claim 12 | Bombi's Waggle Wagon |
|---|---|
| |  (Bombi Waggle User Manual at 5, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf (annotated)) |