# EXHIBIT J

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| 1. A wagon assembly, comprising: | The Waggle Wagon is a wagon assembly:<br><br><br><br>(https://bombigear.com/products/wagon) |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/waggle_specs.jpg?v=1774223060&width=900 (cropped); *see also* https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821) <br><br> (https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>([https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg](https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg)) |
| at least one sidewall positionable in a use position and a stored position; | The Waggle Wagon includes at least one sidewall positionable in a use position and a stored position: |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
| --- | --- |
| |  (https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
| --- | --- |
| | (Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
|  | The user guide for the Waggle Wagon describes a use position and a storage position.<br>Step 10: folding the Waggle Wagon for storage: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat"<br><br>**10** Folding the Waggle<br>- Depress the Brake to lock the Back Wheels<br>- Remove accessories<br>- Squeeze the Seat Back Buttons then rotate the Seat Backs down flat<br><br><br><br>(Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf)<br><br>Step 19: unfolding the Waggle Wagon for use: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| |  ⑲ Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click"<br><br>"CLICK"    "CLICK"<br><br>(Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a bottom surface coupled to the at least one sidewall, wherein the bottom surface and the at least one sidewall at least partially define a container; | The Waggle Wagon includes a bottom surface coupled to the at least one sidewall, wherein the bottom surface and the at least one sidewall at least partially define a container:<br><br>The bottom surface and the at least one sidewall at least partially define a container<br><br>Sidewall    Sidewall<br><br>Sidewall    Bottom surface<br><br>(https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| | |
| a plurality of wheels; and | The Waggle Wagon includes a plurality of wheels: (https://bombigear.com/products/wagon#sirv-viewer-1351918248429; Bombi Waggle User Manual at 4, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf (annotated)) |
| wherein the bottom surface further comprises a footwell feature positionable in an extended position and a storage position. | In the Waggle Wagon, the bottom surface further comprises a footwell feature positionable in an extended position and a storage position: |

| US 11,198,460 – Independent Claim 1 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821; https://bombigear.com/cdn/shop/files/Wagon_folded.jpg) |