# EXHIBIT K

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| 23. A wagon, comprising: | The Waggle Wagon is a wagon assembly:<br><br><br><br>(https://bombigear.com/products/wagon) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/cdn/shop/files/waggle_specs.jpg?v=1774223060&width=900 (cropped); *see also* https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821) <br><br> (https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| | <br><br>GET 2 FREE ADD ONS<br>WHEN YOU CUSTOMIZE<br><br>(https://bombigear.com/cdn/shop/files/Option1Edited_1.jpg) |
| at least one sidewall positionable in a use position and in a second position different from the use position; | The Waggle Wagon includes at least one sidewall positionable in a use position and in a second position different from the use position: |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
| --- | --- |
| |  (https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
|  |  Sidewalls are shown positioned in a second position different from the use position Sidewall Sidewall Sidewall (Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) The user guide for the Waggle Wagon describes a use position and a second position different from the use position. |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| | Step 10: folding the Waggle Wagon for storage: "Squeeze the Seat Back Buttons then rotate the Seat Backs down flat" <br><br> **10** Folding the Waggle <br> - Depress the Brake to lock the Back Wheels <br> - Remove accessories <br> - Squeeze the Seat Back Buttons then rotate the Seat Backs down flat <br><br> (Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) <br><br> Step 19: unfolding the Waggle Wagon for use: "Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click" |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| | ⓲ Squeeze the Seat Back Buttons then rotate the Seat Backs up until they're fully upright and you hear a "click"<br><br>"CLICK"    "CLICK"<br><br>(Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a bottom surface, wherein the at least one sidewall and the bottom surface together define a container; | The Waggle Wagon includes a bottom surface, wherein the at least one sidewall and the bottom surface together define a container:<br><br>The at least one sidewall and the bottom surface together define a container<br><br>Sidewall    Sidewall<br><br>Sidewall    Bottom surface<br><br>(https://bombigear.com/cdn/shop/files/overhead_open.jpg?v=1774268821 (cropped)) |
| a footwell extending | The Waggle Wagon includes a footwell extending below a bottom surface of the container: |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| below a bottom surface of the container; | <br><br>(https://bombigear.com/products/wagon#sirv-viewer-1351918248429) |
| a plurality of wheels removably coupleable to the wagon; and | The Waggle Wagon includes a plurality of wheels removably coupleable to the wagon: |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/products/wagon#sirv-viewer-1351918248429; Bombi Waggle User Manual at 4, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf (annotated))<br><br>The user guide for the Waggle Wagon shows and describes removably coupling the wheels to the Waggle Wagon: |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| | **㉑ Removing the Wheels**<br>- Each wheel has a release tab. Push the Tab in to remove the Front Wheels and pull the Tab out to remove the Back Wheels<br><br><br><br>(Bombi Waggle User Manual at 13, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| a handle positionable in a first position in which a handle lock mechanism locks the handle in the first position, | The Waggle Wagon includes a handle positionable in a first position in which a handle lock mechanism locks the handle in the first position:<br><br><br><br>(https://bombigear.com/cdn/shop/files/Customize_base.jpg?v=1774268821) |

Page **10** of **14**

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| |  (Bombi Waggle User Manual at 5, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) (Bombi Waggle User Manual at 12, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| wherein the handle is positionable in a second position to facilitate pulling the wagon in which the handle lock mechanism is disengaged to permit the handle to rotate about a pivot point in the second position, | In the Waggle Wagon, the handle is positionable in a second position to facilitate pulling the wagon in which the handle lock mechanism is disengaged to permit the handle to rotate about a pivot point in the second position.<br><br>Specifically, disengaging the handle lock mechanism (by pulling the handle release button) permits the handle to rotate about a pivot point in the second position. When the handle is in the second position, this facilitates pulling the wagon.<br><br><br>(Bombi Waggle User Manual at 5, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| |  (https://bombigear.com/products/wagon#sirv-viewer-1351918248429)<br><br>The Waggle Wagon shows the handle in a first position (for Push Mode) and a second position (for Pull Mode):<br><br>(Bombi Waggle User Manual at 5, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |

| US 11,760,399 – Independent Claim 23 | Bombi's Waggle Wagon |
|---|---|
| | ⓫ - Pull up on the Handle Release Button and rotate the Handle down flat until it locks into position and you hear a "click". <br><br> TIP: Do not push down the handle while trying to operate the Handle Release Button <br><br> "CLICK" <br><br> Scan QR code to watch folding video <br><br> (Bombi Waggle User Manual at 9, https://cdn.shopify.com/s/files/1/0561/5891/2694/files/Waggle_Wagon_user_Manual.pdf) |
| wherein the handle lock mechanism is an automatic handle lock mechanism for automatically locking the handle in the first position. | In the Waggle Wagon, the handle lock mechanism is an automatic handle lock mechanism for automatically locking the handle in the first position: <br><br> Specifically, disengaging the handle lock mechanism (by pulling the handle release button) unlocks the handle from the first position. After being moved from the first position, the handle is free to rotate about the pivot point. However, when the handle is pivoted to the first position, the handle lock mechanism automatically locks into place into the first position. |